IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TAMMY LEE GORE                                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 1:19-CV-200-SA-DAS

WAL-MART STORES, INC.
and SHANNON MOORE                                                                            DEFENDANTS

## ORDER

Now before the Court is the Plaintiff's Amended Unopposed Motion for Leave to File Exhibits Under Seal [88]. The Plaintiff requests that she be permitted to file under seal four exhibits to her Response to the Defendants' Motion for Summary Judgment. The Plaintiff has provided the Court with copies of the documents which she wishes to seal. The Court notes that the documents are subject to a Protective Order previously signed by Magistrate Judge Sanders in this case.

Having reviewed the exhibits, the Court finds that they may be filed under seal. The Amended Motion to Seal [88] is GRANTED. However, as noted in its previous Order [82] granting the Defendants' request to file certain documents under seal, the Court specifically advises the parties that should the Court, in analyzing the pending Motion for Summary Judgment, determine that certain documents are critical to the disposition and should not be sealed from public access, it may, after giving notice, direct the Clerk of Court to unseal certain documents. The Plaintiff is hereby directed to contact the Clerk of Court and provide copies of the documents so that they may be placed on the docket under seal. The Original Motion to Seal [83] is DENIED AS MOOT.

SO ORDERED, this the 17th day of February, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE