IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TAMMY LEE GORE            PLAINTIFF

V.            CIVIL ACTION NO. 1:19-CV-200-SA-DAS

WAL-MART STORES, INC.
and SHANNON MOORE            DEFENDANTS

## ORDER

Now before the Court is the Plaintiff's Motion to Supplement [99], wherein she requests that she be permitted to supplement an exhibit to her Response to the Defendants' Motion for Summary Judgment. The basis for the request is set forth in the Motion [99]. The Motion [99] is GRANTED. The Plaintiff shall coordinate with the Clerk of Court to arrange for conventional filing.

SO ORDERED, this the 12th day of March, 2021.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE